Eleuterio Pagán Molina, demandante y apelado, *v.* Serafina Santiago, demandada y apelante.

No. 4438.—*Visto:* Diciembre 5, 1927.  *Resuelto:* Diciembre 12, 1927.

Apelación y Error—Desestimación, Retiro y Abandono—Falta de Diligencia en la Tramitación del Recurso.—Cuando solicitada la desestimación de un recurso por no haberse incorporado la evidencia aparece que en la corte inferior se radicó una exposición del caso a la cual el apelante presentó objeciones y que, señalado día para oir las partes, en él se concedió un término al apelante para que las contestara y que finalmente se ha señalado día para su aprobación, no existe tal abandono o descuido que justifique la desestimación.

Moción sobre desestimación de apelación, interpuesta ésta contra sentencia de la Corte de Distrito de Aguadilla, en pleito sobre *injunction* para recobrar posesión. *Sin lugar.*

*García Méndez & García Méndez,* abogados del apelante; *Buenaventura Esteves,* abogado del apelado.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

Esta es una moción distinta a la mayoría de las mociones de desestimación basadas en no haberse incorporado la evidencia, en vista de que el apelante realmente radicó una exposición del caso en la Corte de Distrito de Aguadilla. El

apelado presentó algunas objeciones a la exposición del caso, las cuales no notificó al apelante. La corte señaló un día para oir a las partes. En dicho día el apelante compareció, mas no así el apelado, y al apelante se le concedieron diez días para contestar las objeciones. Aparentemente la corte convino en señalar otro día, pero no se señaló ninguno hasta que se radicó la presente moción de desestimación. El apelante alega que en el ínterin la corte de distrito estuvo ocupada celebrando otros casos. De todos modos, no hallamos que haya habido tal abandono o descuido que justifique la desestimación de este caso; tampoco nos convence el apelado de que la apelación es frívola.

*Se declara sin lugar la moción de desestimación.*